UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAZLEY, | No. 2:15-cv-1436 AC P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT R. JONES, et al., | |
| Defendants. | |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with a copy of the in forma pauperis application for prisoners used by this court; and

////

////

////

1

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in this action being dismissed without prejudice.

DATED: July 27, 2015

                                                              /S/
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE